IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ALLEN VANCIL,

    Petitioner,                    No. 2:11-cv-3266 JFM (HC)

    vs.

ANTHONY HEDGPETH,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's application. Petitioner has also filed a motion to stay these proceedings pending exhaustion of state court remedies as to additional claims. Respondent will be directed to respond to that motion first. The schedule for responding to petitioner's application will be set, as appropriate, following resolution of the motion to stay.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondent is directed to file a response to petitioner's motion to stay within thirty days from the date of this order.

1

2. Petitioner's reply, if any, shall be filed and served not later than fourteen days thereafter.

3. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for writ of habeas corpus, petitioner's December 9, 2011 motion to stay, and an Order Re Consent or Request for Reassignment on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: December 15, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

12/md
vanc3266.100.fee