IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ALLEN VANCIL,

    Petitioner,          No. 2:11-cv-3266 JFM (HC)

  vs.

ANTHONY HEDGPETH,

    Respondent.          <u>ORDER</u>

_____/

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

      With the petition, on December 9, 2011 petitioner filed a motion to stay these proceedings pending exhaustion of state court remedies as to additional claims. By order filed December 16, 2011, respondent was directed to respond to the motion to stay. On January 13, 2012, respondent filed a statement of non-opposition to the motion.

      Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's December 9, 2011 motion to stay is granted;

    2. This action is stayed until further order of court;

    3. If he has not done so already, petitioner shall present his unexhausted claims to the state court within thirty days from the date of this order;;

1

4. Petitioner shall file a motion to lift the stay of this action not later than thirty days after he has completed exhaustion of state court remedies; and

5. The Clerk of the Court is directed to administratively close this case.

DATED: January 31, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

vanc3266.stay